# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Writers Guild of America West Inc

PLAINTIFF(S)

v.

Crystal Sky Pictures LLC et al

DEFENDANT(S).

CASE NUMBER

CV 12-10890 JFW (PJWx)

## DEFAULT BY CLERK
## F.R.Civ.P. 55(a)

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Crystal Sky Pictures, LLC and Steven Paul

Clerk, U. S. District Court

May 21, 2013
Date

By /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
Deputy Clerk