JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRYSTAL SKY PICTURES, LLC, and STEVEN PAUL, an individual, <br><br> Defendants. | CASE NO.: CV 12-10890-JFW (PJWx) <br><br> Hon. John F. Walter <br><br> **JUDGMENT** |

Plaintiff Writers Guild of America, West, Inc. filed a Complaint to Confirm Arbitration Award on December 21, 2012. A default was entered by the Clerk against defendants Crystal Sky Pictures, LLC, and Steven Paul (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(a) on May 21, 2013.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That judgment is entered in favor of Plaintiff Writers Guild of America, West, Inc. ("WGAW") and against Defendants;

1

2. That the Arbitration Award issued on or about January 13, 2012, by Arbitrator Edgar A. Jones, Jr., is confirmed in its entirety;

3. Defendants shall pay to the WGAW on behalf Aged in Wood Productions, Inc., f/s/o Mike Werb and Sleepyhead Productions, Inc., f/s/o Michael Colleary $100,000 in unpaid compensation together with $6,500.00 in contributions to the Pension Plan and Health Fund (collectively "Contributions") plus interest on the unpaid compensation at the rate of 1.5% per month and interest on the unpaid Contributions at the rate of .83% per month until all such amounts have been paid in full.

4. Defendants shall pay to the WGAW $3,667.50 to reimburse it for Defendants' share of the Arbitrator's fees; and

5. Defendants shall pay to the WGAW attorneys' fees in the amount of $7,772.93 and costs in the amount of $350.00.

DATED: May 31, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE